UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH VAUGHN,<br><br>    Plaintiff,<br><br>v.<br><br>INVESTORS MARKETING SERVICES, INC.,<br>INVESTORS CAPITAL HOLDINGS, LTD.,<br>INVESTORS CAPITAL CORP.,<br>JANICE CHARLES AND<br>THEODORE CHARLES,<br><br>    Defendants. | Civil Action No.<br>05-CV-11534-JLT |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE THE OPPOSITION TO DEFENDANTS INVESTORS MARKETING SERVICES, INC. AND JANICE CHARLES' MOTION TO DISMISS THE COMPLAINT**

Plaintiff Elizabeth Vaughn hereby moves this Court for an extension of time to file her Opposition to Defendants Investors Marketing Services, Inc and Janice Charles' Motion to Dismiss. Currently, Ms. Vaughn's Opposition is due on October 6, 2005. Ms. Vaughn seeks an extension of time through and including **October 21, 2005**. Ms. Vaughn seeks this extension of time because the other defendants will be responding to the Complaint on October 7, 2005. To limit expenses and judicial resources, the parties have agreed that it makes sense for Ms. Vaughn to address all defendants' responses to the Complaint at the same time. Defendants Investors Marketing Services, Inc. and Ms. Charles have assented to this Motion.

Respectfully submitted,

ELIZABETH VAUGHN

By her attorneys,

*/s/ Tricia A. Rice*
Juliet Davison (BBO No. 562289)
Tricia A. Rice (BBO No. 633556)
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Assented to by:

INVESTORS MARKETING SERVICES, INC.
And JANICE CHARLES

By their attorney,

*/s/ Frederick Golder*
Frederick Golder, Esq.
Golder & Golder
P.O. Box 232
Lynnfield, MA 01940
(781) 334-4284

Dated: October 3, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 10/3/05
*/s/ Tricia A. Rice*

2