UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH M. VAUGHN,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS MARKETING SERVICES, INC., INVESTORS CAPITAL HOLDINGS, LTD., INVESTORS CAPITAL CORP., JANICE CHARLES AND THEODORE CHARLES,<br><br>Defendants. | Civil Action No. 05-11534-JLT |

## NOTICE OF APPEARANCE

Kindly enter my notice of appearance on behalf of Defendants, Investors Capital Holdings, Ltd., Investors Capital Corp. and Theodore Charles in the above-captioned matter.

Respectfully submitted,

_____
Christopher P. Litterio (BBO #551098)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: November 23, 2005

CERTIFICATE OF SERVICE

I, Christopher P. Litterio, hereby certify that a true copy of the above document was served upon the attorney of record for each other party via first class mail on November 23, 2005.

_____