UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH M. VAUGHN,<br>        Plaintiff,<br><br>v.<br><br>INVESTORS MARKETING SERVICES, INC.,<br>INVESTORS CAPITAL HOLDINGS, LTD.,<br>INVESTORS CAPITAL CORPORATION,<br>JANICE CHARLES and THEODORE CHARLES,<br>        Defendants. | No. 05-11534-JLT |

NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2, please enter the appearance of Erica Tennyson on behalf of the Plaintiff Elizabeth M. Vaughn in the above-captioned action.

ELIZABETH M. VAUGHN

By her attorney,

/s/ Erica Tennyson
Erica Tennyson (BBO#660707)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

DATED: November 29, 2005

CERTIFICATE OF SERVICE

I, Erica Tennyson, do hereby certify that I caused a true and accurate copy of the within Notice of Appearance to be served upon the parties listed below, who do not otherwise receive electronic notice, on this 29th day of November, 2005 by postage prepaid, first class mail.

/s/ Erica Tennyson

DATED: November 29, 2005

Frederick T. Golder, Esquire
P.O. Box 232
Lynnfield, MA 01940