UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELIZABETH M. VAUGHN                      *
        Plaintiff,                       *
                                         *    CIVIL ACTION
v.                                       *    NO. 05-11523-JLT
                                         *    BBO NO. 198580
INVESTORS MARKETING SERVICES, INC.,*
INVESTORS CAPITAL HOLDINGS, LTD.,   *
INVESTORS CAPITAL CORP., JANICE     *
CHARLES, and THEODORE CHARLES       *
        Defendants.                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for the

defendants, Investors Marketing Services, Inc. and Janice

Charles, in the above captioned matter.


_____
Attorney for Defendants
Investors Marketing Services, Inc.
and Janice Charles
Frederick T. Golder
BBO# 198580
P.O. Box 232
Lynnfield, MA 01940
(781) 334-4284

CERTIFICATE OF SERVICE

i hereby certify that a true copy of the above
document was served upon the attorney
record for each other party by mail (by hand)
on  11/28/2005