## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH M. VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil Action No. 05-11534-JLT |
| | ) |
| INVESTORS MARKETING | ) |
| SERVICES, INC., INVESTORS | ) |
| CAPITAL HOLDINGS, LTD., | ) |
| INVESTORS CAPITAL CORP., | ) |
| JANICE CHARLES AND | ) |
| THEODORE CHARLES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

After considering the request of the parties and the Affidavit of Elizabeth Vaughn, the

court hereby approves the settlement reached by the parties in this matter.

So ordered:

_____
Joseph L. Tauro
Justice of the United States District Court

Dated: ___3/21/___, 2006