UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH M. VAUGHN,<br>       Plaintiff,<br><br>v.<br><br>INVESTORS MARKETING SERVICES, INC.,<br>INVESTORS CAPITAL HOLDINGS, LTD.,<br>INVESTORS CAPITAL CORPORATION,<br>JANICE CHARLES and THEODORE CHARLES,<br>       Defendants. | No. 05-11534-JLT |

## STIPULATION OF DISMISSAL

Pursuant to Federal R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that this action is to be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

| ELIZABETH VAUGHN, | INVESTORS CAPITAL CORP. and THEODORE CHARLES |
|---|---|
| By her attorneys, | By their attorney, |
| /s/ Erica Tennyson | /s/ Maureen Mulligan |
| Juliet Davison (BBO No. 562289) | Christopher Litterio, Esq. |
| Tricia Rice (BBO No. 633556) | Maureen Mulligan (BBO#556482) |
| Erica Tennyson (BBO No. 660707) | Ruberto, Israel & Weiner |
| Todd & Weld LLP | 100 N. Washington Street |
| 28 State Street, 31st Floor | Boston, MA 02114 |
| Boston, MA 02109 | (617) 742-4200 |
| (617) 720-2626 | |
| | INVESTORS MARKETING SERVICES, INC., INVESTORS CAPITAL HOLDINGS, INC., and JANICE CHARLES |
| | By their attorney, |
| | /s/ Frederick T. Golder |
| | Frederick T. Golder, Esq. |
| | Golder & Golder |
| | P.O. Box 232 |
| | Lynnfield, MA 01940 |
| DATED: March 28, 2006 | (781) 334-4284 |

## CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: March 28, 2006

/s/ Erica Tennyson
Erica Tennyson